IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ESTRELLA A. MARES**

        **Plaintiff,**

v.                                                                                       No. CIV-15-0113 WJ/LAM

**CAROLYN W. COLVIN,** Acting Commissioner
of the Social Security Administration,

        **Defendant.**

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 29)* filed on December 17, 2015, which recommended granting Plaintiff's *Motion to Reverse or Remand (Doc. 23)*. No party has filed objections to the *Proposed Findings and Recommended Disposition (Doc. 29)* and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 29)*; grant Plaintiff's *Motion to Reverse or Remand (Doc. 23)*; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 29)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Reverse or Remand (Doc. 23)* is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition (Doc. 29)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
THE HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE