IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTRELLA A. MARES,

      Plaintiff,

v.                                                                                 No. CIV 15-0113 WJ/LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff's unopposed *Motion for Approval of Attorney Fees Under the Equal Access to Justice Act (Doc. 32)*, filed April 5, 2016, wherein Plaintiffs asks for an award of $3,872.80 in attorney fees.  Having considered the motion, the record in this case, and relevant law, the Court **FINDS** that Plaintiff's motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's unopposed *Motion for Approval of Attorney Fees Under the Equal Access to Justice Act (Doc. 32)* is **GRANTED**, and Plaintiff is authorized to receive **$3,872.80** for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010)

2

(explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**